```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 03916
   GWENDOLYN E BUGG
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6679

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/07/2005 and was confirmed 05/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/10/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 HARRIS BANK                SECURED           8088.00        1374.38       6000.70
 HARRIS BANK                UNSECURED             .40             .00           .00
 CHICAGO TITLE INS CO       CURRENT MORTG        .00             .00           .00
 CHICAGO TITLE INS CO       MORTGAGE ARRE   17176.98             .00      15822.05
 WASHINGTON MUTUAL          CURRENT MORTG        .00             .00           .00
 ADT                        UNSECURED       NOT FILED            .00           .00
 BANK ONE                   UNSECURED       NOT FILED            .00           .00
 BENEFICIAL FINANCE CO      UNSECURED        2729.47             .00        217.51
 FREEDMAN ANSELMO LINBERG   NOTICE ONLY     NOT FILED            .00           .00
 CAPITAL ONE SERVICES       UNSECURED       NOT FILED            .00           .00
 SMC                        UNSECURED         626.07             .00         49.89
 ECAST SETTLEMENT CORP      UNSECURED        1305.74             .00        104.05
 FINGERHUT                  UNSECURED       NOT FILED            .00           .00
 ECAST SETTLEMENT CORP      UNSECURED        1806.03             .00        143.92
 ECAST SETTLEMENT CORP      UNSECURED         687.26             .00         54.77
 ECAST SETTLEMENT CORP      UNSECURED         210.37             .00         16.77
 ROUNDUP FUNDING LLC        UNSECURED        6468.87             .00        515.49
 WASHINGTON MUTUAL          MORTGAGE ARRE        .00             .00           .00
 MELVIN J KAPLAN            DEBTOR ATTY     2,680.00                      2,680.00
 TOM VAUGHN                 TRUSTEE                                       1,565.47
 DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE               28,545.00

 PRIORITY                                            .00
 SECURED                                       21,822.75
     INTEREST                                   1,374.38
 UNSECURED                                      1,102.40

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 03916 GWENDOLYN E BUGG
```

```
ADMINISTRATIVE                                            2,680.00
TRUSTEE COMPENSATION                                      1,565.47
DEBTOR REFUND                                                  .00
                                     ---------------  ---------------
TOTALS                                     28,545.00        28,545.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
   Dated: 03/25/08            _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                         PAGE    2
        CASE NO. 05 B 03916 GWENDOLYN E BUGG